DAVID HARVEY v. STATE.

165 So. 703.

Opinion Filed February 11, 1936.

*Mabry A. Carlton,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for Defendant in Error.

PER CURIAM.—In this cause Mr. Chief Justice WHIT-
FIELD, Mr. Presiding Justice ELLIS and Mr. Justice BU-
FORD, are of the opinion that the judgment of the Criminal
Court of Record should be affirmed, while Mr. Justice
TERRELL, Mr. Justice BROWN and Mr. Justice DAVIS are
of the opinion that the said judgment should be reversed.
When members of the Supreme Court, sitting six members
in a body and after full consultation, it appears that the
members of the Court are permanently and equally divided
in opinion as to whether the judgment should be affirmed
or reversed, and there is no prospect of an immediate change
in the personnel of the Court, the decree should be affirmed,
therefore it is considered, ordered and adjudged under the
authority of State, *ex rel.* Hampton v. McClung, 47 Fla.
224, 37 So. R. 51, that the judgment of the Criminal Court
of Record in this cause be and the same is hereby affirmed.

Affirmed.

WHITFIELD, C. J., ELLIS, TERRELL, BROWN, BUFORD and
DAVIS, J. J., concur.